

Opinions of the United
States Court of Appeals
for the Third Circuit

4-12-2012

# Desmond Maynard v. VI Comm Labor

Precedential or Non-Precedential: Precedential

Docket No. 10-3476

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation

"Desmond Maynard v. VI Comm Labor" (2012). *2012 Decisions.* Paper 1064.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/1064

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 10-3476
_____

DESMOND L. MAYNARD,
                                        Appellant

v.

CARMELO RIVERA,
COMMISSIONER OF THE VIRGINS ISLANDS
DEPARTMENT OF LABOR;
CHERYL MARTIN-LIBURD
_____

APPEAL FROM the District COURT OF THE VIRGIN ISLANDS – APPELLATE
DIVISION
(D.C. Civil No. 05-cv-00171)
Chief Judge: Honorable Curtis V. Gómez
District Judge: Honorable Raymond L. Finch
Superior Court Judge: Honorable Patricia D. Steele
_____

Argued December 5, 2011
_____

Before: FISHER, GREENAWAY, JR., and ROTH, *Circuit Judges*.

**ORDER AMENDING OPINION**

It appearing that due to a word processing error the section titles were omitted from the opinion filed on April 2, 2012, it is hereby O R D E R E D that the opinion is amended so that the section titles are included as follows:

I.        BACKGROUND

II.      JURISDICTION AND STANDARD OF REVIEW

III.     ANALYSIS

IV.     CONCLUSION


For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Date:  April 12, 2012

TMK/smw/cc:     Shawn E. Maynard-Hahnfeld, Esq.
                   Tiffany V. Monrose, Esq.
                   William W. Franks, Esq.
                   Tina G. La Borde, Esq.